# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SARAH K. DERMODY, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> LIMITED BRANDS, INC. and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., <br><br> Defendants. | No. 13-7527 <br><br> Judge Gary Feinerman <br> Magistrate Judge Mary Rowland |

## STIPULATION OF DISMISSAL

Plaintiff, Sarah K. Dermody and Defendants, Limited Brands, Inc. and Victoria's Secret Stores Brand Management, Inc., hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED:

Dated: January 6, 2014

| | |
|---|---|
| SARAH K. DERMODY | LIMITED BRANDS, INC. and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. |
| By: /s/ William M. Sweetnam <br> One of Her Attorneys | By: /s/ Debra R. Bernard <br> One of Their Attorneys |
| William M. Sweetnam <br> SWEETNAM LLC <br> 582 Oakwood Avenue, Suite 200 <br> Lake Forest, Illinois 60045 <br> (847) 559-9040 <br> (847) 919-4399 (Fax) <br> wms@sweetnamllc.com | Debra R. Bernard <br> Perkins Coie LLP <br> 131 S. Dearborn Street, Suite 1700 <br> Chicago, Illinois 60603 <br> (312) 324-8400 <br> dbernard@perkinscoie.com |